**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE TRUMPETER SWAN SOCIETY,** <br> **CASCADES RAPTOR CENTER,** <br> **CENTER FOR BIOLOGICAL DIVERSITY,** <br> **LOON LAKE LOON ASSOCIATION,** <br> **PRESERVE OUR WILDLIFE ORGANIZATION,** <br> **TENNESSEE ORNITHOLOGICAL SOCIETY,** <br> and <br> **WESTERN NEBRASKA RESOURCES COUNCIL,** <br><br> Plaintiffs, <br><br> v. <br><br> **ENVIRONMENTAL PROTECTION AGENCY** <br> and <br> **LISA P. JACKSON,** <br><br> Defendants. | Case No.: |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, William J. Snape, counsel of record for Plaintiffs The Trumpeter Swan Society, Cascades Raptor Center, Center for Biological Diversity, Loon Lake Loon Association, Preserve Our Wildlife Organization, Tennessee Ornithological Society, and Western Nebraska Resources Council, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiffs that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine

the need for recusal.

Dated this 7th day of June, 2012.          Respectfully submitted,

/s/

_____
William J. Snape, III
DC Bar # 455266
Center for Biological Diversity
5268 Watson Street, NW
Washington, DC 20016
Telephone: 202-536-9351
Fax: 415-436-9683
billsnape@earthlink.net

Attorney for Plaintiffs