UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUMPETER SWAN SOCIETY,<br>CASCADES RAPTOR CENTER,<br>CENTER FOR BIOLOGICAL DIVERSITY,<br>LOON LAKE LOON ASSOCIATION,<br>PRESERVE OUR WILDLIFE ORGANIZATION,<br>TENNESSEE ORNITHOLOGICAL SOCIETY,<br>and<br>WESTERN NEBRASKA RESOURCES COUNCIL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY<br>and<br>LISA P. JACKSON,<br><br>　　　　　Defendants. | Case No.: |

**DECLARATION OF ADAM KEATS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Adam Keats, hereby declare:

　　1.　　My name, office address, and telephone number are as follows:

Adam Keats
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, California 94104
Tel: 415-436-9682 x304

　　2.　　I have been admitted to the following courts and bars:

Supreme Court of California (Dec. 9, 1997) (Cal. Bar No. 191157)
Supreme Court of Massachusetts (Jun. 14, 1999) (Mass. Bar No. 642686)
Ninth Circuit Court of Appeals (Jan. 7, 1998)
U.S. District Court for the Northern District of California (Dec. 9, 1997)
U.S. District Court for the Central District of California (Feb. 24, 1998)
U.S. District Court for the Southern District of California (Feb. 5, 2004)
U.S. District Court for the Eastern District of California (Nov. 5, 2004)
U.S. District Court for the District of Massachusetts (Jan. 26, 2001)

3.	I am currently in good standing with all states, courts, and bars in which I am admitted.

4.	I have been admitted *pro hac vice* in this Court once before, by order dated November 29, 2010, in the case *Center for Biological Diversity, et al. v. Jackson*, et al., 10-CIV-2007 EGS.

5.	I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California, this 7th day of June, 2012.

Dated this 7th day of June, 2012.	Respectfully submitted,

/s/ Adam Keats
Adam Keats
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, California 94104
Tel: 415-436-9682 x304
Fax: 415-436-9683

akeats@biologicaldiversity.org