# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUMPETER SWAN SOCIETY,<br>CASCADES RAPTOR CENTER,<br>CENTER FOR BIOLOGICAL DIVERSITY,<br>LOON LAKE LOON ASSOCIATION,<br>PRESERVE OUR WILDLIFE ORGANIZATION,<br>TENNESSEE ORNITHOLOGICAL SOCIETY,<br>and<br>WESTERN NEBRASKA RESOURCES COUNCIL,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENVIRONMENTAL PROTECTION AGENCY<br>and<br>LISA P. JACKSON,<br><br>    Defendants. | Case No.: |

### [PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ADAM KEATS *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Adam Keats *pro hac vice*. Upon consideration of that motion, the Court grants attorney Adam Keats *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____        _____
                                                                    United States District Judge