# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE TRUMPETER SWAN SOCIETY,** <br> **CASCADES RAPTOR CENTER,** <br> **CENTER FOR BIOLOGICAL DIVERSITY,** <br> **LOON LAKE LOON ASSOCIATION,** <br> **PRESERVE OUR WILDLIFE ORGANIZATION,** <br> **TENNESSEE ORNITHOLOGICAL SOCIETY,** <br> and <br> **WESTERN NEBRASKA RESOURCES COUNCIL,** <br><br> Plaintiffs, <br><br> v. <br><br> **ENVIRONMENTAL PROTECTION AGENCY** <br> and <br> **LISA P. JACKSON,** <br><br> Defendants. | Case No.: |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Jaclyn Lopez *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Jaclyn Lopez, filed herewith. As set forth in Ms. Lopez' declaration, she is admitted and an active member in good standing the following courts and bars: the California Bar, the Florida Bar, the U.S. District Court for the Northern District of California, and the U.S. Court of Appeals for the Fifth Circuit. This motion is supported and signed by William J. Snape III, an active and sponsoring

Motion for Admission *Pro Hac Vice*                                                                                              Page 1

member of the Bar of this Court.

Dated this 7th day of June, 2012.                Respectfully submitted,

/s/
_____
William J. Snape, III
DC Bar # 455266
Center for Biological Diversity
5268 Watson Street, NW
Washington, DC 20016
Telephone: 202-536-9351
Fax: 415-436-9683
billsnape@earthlink.net

Attorney for Plaintiffs