UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUMPETER SWAN SOCIETY,<br>CASCADES RAPTOR CENTER,<br>CENTER FOR BIOLOGICAL DIVERSITY,<br>LOON LAKE LOON ASSOCIATION,<br>PRESERVE OUR WILDLIFE ORGANIZATION,<br>TENNESSEE ORNITHOLOGICAL SOCIETY,<br>and<br>WESTERN NEBRASKA RESOURCES COUNCIL,<br><br>      Plaintiffs,<br><br>  v.<br><br>ENVIRONMENTAL PROTECTION AGENCY<br>and<br>LISA P. JACKSON,<br><br>      Defendants. | Case No.: |

**DECLARATION OF JACLYN LOPEZ**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jaclyn Lopez, hereby declare:

1. My name, office address, and telephone number are as follows:

Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St Petersburg, FL, 33731
Telephone: 727-490-9190
jlopez@biologicaldiversity.org

2. I have been admitted to the following courts and bars:

California State Bar (12/14/2008)
Florida State Bar (05/22/2012)
U.S. District Court for the Northern District of California (5/4/2009)
U.S. Court of Appeals for the Fifth Circuit (7/6/2010)

3. I am currently in good standing with all states, courts, and bars in which I

am admitted.

4. I have been admitted *pro hac vice* in this Court twice in the last two years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, this 7th day of June, 2012.

Dated this 7th day of June, 2012.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jaclyn Lopez