# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUMPETER SWAN SOCIETY, <br> CASCADES RAPTOR CENTER, <br> CENTER FOR BIOLOGICAL DIVERSITY, <br> LOON LAKE LOON ASSOCIATION, <br> PRESERVE OUR WILDLIFE ORGANIZATION, <br> TENNESSEE ORNITHOLOGICAL SOCIETY, <br> and <br> WESTERN NEBRASKA RESOURCES COUNCIL, <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY <br> and <br> LISA P. JACKSON, <br><br> Defendants. | Case No.: |

### [PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JACLYN LOPEZ *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Jaclyn Lopez *pro hac vice*. Upon consideration of that motion, the Court grants attorney Jaclyn Lopez *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____     _____
                                                            United States District Judge