AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| The Trumpeter Swan Society et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   12-cv-929-EGS |
| U.S. Environmental Protection Agency et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants the U.S. Environmental Protection Agency and Lisa P. Jackson   .

Date:  06/13/2012

/s/ Madeline Fleisher
*Attorney's signature*

Madeline Fleisher, MA Bar No. 670262
*Printed name and bar number*

PO Box 7611
Washington, DC 20044

*Address*

madeline.fleisher@usdoj.gov
*E-mail address*

(202) 514-0242
*Telephone number*

(202) 514-8865
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system on this l3th of June, 2012, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

                                            Respectfully submitted,

DATED:  June 13, 2012                 IGNACIA S. MORENO
                                            Assistant Attorney General

                                            /s/ Madeline Fleisher
                                            MADELINE FLEISHER
                                            U.S. Department of Justice
                                            Environment & Natural Resources
                                             Division
                                            Environmental Defense Section
                                            P.O. Box 7611
                                            Washington, D.C.  20044
                                            (202) 514-0242
                                            (202) 514-8865 (fax)