# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUMPETER SWAN SOCIETY, *et al.*, ) | Case No. 1:12-cv-929 (EGS) |
| Plaintiffs, ) | |
| v. ) | |
| ENVIRONMENTAL PROTECTION ) | |
| AGENCY, *et al.*, ) | |
| Defendants, ) | |
| And ) | |
| NATIONAL SHOOTING SPORTS ) | |
| FOUNDATION, INC. ) | |
| Flintlock Ridge Office Center ) | |
| 11 Mile Hill Road ) | |
| Newtown, CT 06470-2359 ) | |
| Proposed Defendant-Intervenor. ) | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for the National Shooting Sports Foundation, Inc. certify that to the best of my knowledge and belief, the National Shooting Sports Foundation, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 25, 2012                                                         Respectfully submitted,

/s/ Roger R. Martella, Jr.
Roger R. Martella, Jr. (Bar No. 976771)
Ragu-Jara Gregg (Bar No. 495645)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

Christopher L. Bell (Bar No. 412857)
SIDLEY AUSTIN LLP
600 Travis Street
Suite 3100
Houston, TX 77002
(713) 315-9000
(713) 315-9199 (fax)

*Attorneys for Proposed Defendant-Intervenors*
*NATIONAL SHOOTING SPORTS FOUNDATION, INC.*

*Of Counsel*
Lawrence G. Keane
General Counsel
National Shooting Sports Foundation
11 Mile Hill Road
Newtown, CT 06470-2359
(203) 426-1320