# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE TRUMPETER SWAN SOCIETY,** ) <br> **CASCADES RAPTOR CENTER,** ) <br> **CENTER FOR BIOLOGICAL DIVERSITY,** ) <br> **LOON LAKE LOON ASSOCIATION,** ) <br> **PRESERVE OUR WILDLIFE** ) <br> **ORGANIZATION,** ) <br> **TENNESSEE ORNITHOLOGICAL SOCIETY,** ) <br> and ) <br> **WESTERN NEBRASKA RESOURCES** ) <br> **COUNCIL,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **ENVIRONMENTAL PROTECTION AGENCY** ) <br> and ) <br> **LISA P. JACKSON,** ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> **NATIONAL SHOOTING SPORTS** ) <br> **FOUNDATION, INC., ASSOCITION OF** ) <br> **BATTERY RECYCLERS, INC., NATIONAL** ) <br> **RIFLE ASSOCIATION OF AMERICA, and** ) <br> **SAFARI CLUB, INTERNATIONAL,** ) <br> ) <br> Intervenor-Defendants. ) <br> ) | Case No.: 12-CIV-00929 (EGS) |

# NOTICE OF APPEAL

Notice is hereby given that all the plaintiffs in the above-entitled action hereby

appeal to the United States Court of Appeals for the District of Columbia from the

order entered in this action on May 23, 2013, granting defendants' and defendant-

intervenors' motions to dismiss Plaintiffs' amended complaint.


Respectfully Submitted,


Date: August 22, 2013          */s/ Adam Keats*
                               Adam Keats (*pro hac vice,* Cal. Bar No. 191157)
                               CENTER FOR BIOLOGICAL DIVERSITY
                               351 California St., Suite 600
                               San Francisco, CA 94104
                               Telephone: 415-436-9682
                               Facsimile: 415-436-9683
                               akeats@biologicaldiversity.org

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on August 22, 2013, I electronically transmitted the document **NOTICE OF APPEAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**For Defendants Environmental Protection Agency and Lisa P. Jackson:**

Justin Heminger
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
202-514-2689
justin.heminger@usdoj.gov

**For Intervenor-Defendants National Shooting Sports Foundation, Inc.:**

Roger R. Martella, Jr.
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
202-736-8097
rmartella@sidley.com

Christopher L. Bell
SIDLEY AUSTIN LLP
600 Travis Street, Suite 3100
Houston, TX 77002
(713) 315-9008
cbell@sidley.com

**For Intervenor-Defendants American Battery Recyclers:**

Michael Steven Snarr
BAKER & HOSTETLER LLP
1050 Connecticut Ave, NW
Suite 1100
Washington, DC 20036
(202) 861-1710
msnarr@bakerlaw.com

Thomas Edward Hogan
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20004-2401
(202) 861-1577
thogan@bakerlaw.com

Robert N. Steinwurtzel
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
(202) 861-1708
rsteinwurtzel@bakerlaw.com

**For Intervenor-Defendants Safari Club International and National Rifle Association, Inc.**

Anna Margo Seidman
SAFARI CLUB INT'L
501 Second Street, NE
Washington, DC 20002
(202) 543-8733
aseidman@safariclub.org

Dated:  August 22, 2013                                      /s/ *Adam Keats*

                                                                            Adam Keats

Certificate of Service