**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE TRUMPETER SWAN SOCIETY, et. al<br><br>      Plaintiffs,<br><br>  v.<br>ENVIRONMENTAL PROTECTION AGENCY<br>and<br>LISA P. JACKSON<br><br>      Defendants,<br><br>  and<br><br>NATIONAL SHOOTING SPORTS FOUNDATION, INC., ASSOCIATION OF BATTERY RECYCLERS, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, and SAFARI CLUB INTERNATIONAL,<br><br>      Intervenor-Defendants. | Civil Action No. 12-929 (EGS) |

### ORDER

For the reasons stated on the record during a hearing held on May 23, 2013, it is by the Court hereby

**ORDERED** that defendant's and defendant intervenors' motions to dismiss the amended complaint are hereby **GRANTED** and plaintiffs' amended complaint is hereby **DISMISSED**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            July 22, 2013**