# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-5228            September Term, 2014

FILED ON: DECEMBER 23, 2014

TRUMPETER SWAN SOCIETY, ET AL.,
    APPELLANTS

v.

ENVIRONMENTAL PROTECTION AGENCY, ET AL.,
    APPELLEES

**MANDATE**
Pursuant to the provisions of Fed. R. A[pp. P.] 41(a)
ISSUED: 3/10/2015
BY: [signature] Deputy Clerk
ATTACHMENTS: Amending Opinion, Order on Costs

Appeal from the United States District Court
for the District of Columbia
(No. 1:12-cv-00929)

Before: TATEL, MILLETT and PILLARD, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                                                     FOR THE COURT:
                                                                     Mark J. Langer, Clerk

                                  BY:     /s/
                                               Ken Meadows
                                               Deputy Clerk

Date: December 23, 2014

Opinion for the court filed by Circuit Judge Tatel.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk